JOHN HAYES, *Respondent, v.* THE FORTY-SECOND STREET AND GRAND STREET FERRY RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

MARY E. McGUIRE, *by Guardian, etc., Respondent, v.* WILLIAM SPENCE, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

FRANCIS McLAUGHLIN, *Respondent, v.* GEORGE W. CAMPBELL AND GEORGE A. THAYER, *Appellants.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by GILBERT, J.

WILLIAM T. LEE, *Respondent, v.* THE ATLANTIC YACHT CLUB, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.

ALEXANDER T. ARTHUR and JOSEPH M. PRAY, *as Executors, etc., Appellants, v.* THOMAS M. RILEY, *Sheriff, etc., Respondent.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

PATRICK KELLY, *Respondent, v.* THE CITY OF YONKERS, *Appellant, Impleaded, etc.* — Judgment appealed from reversed, and new trial granted at circuit, costs to abide event. Opinion by GILBERT, J.

JOSEPH A. JOEL, *Appellant, v.* EDWARD B. FOWLER and WILLIAM C. REDDY, *Respondents.* — Order affirmed, with costs and dis bursements. Opinion by DYKMAN, J.

CHARLES RAHT, *as Executor, etc., v.* HENRY Y. ATTRILL and others. — Appeals from order denying motion of Attrill, and from order granting motion of Souter, settled and withdrawn.

THEODORE D. DIMON, *Receiver, etc., v.* ZSIGO WEISS. — Judgment reversed and new trial granted at circuit. Order of reference vacated. Opinion by GILBERT, J.

HERMAN TALLMAN, *Appellant, v.* ALBERT G. ZABRISKIE, *Respondent.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

THE WESTCHESTER GAS-LIGHT COMPANY OF THE CITY OF YONKERS, *Appellant, v.* THE YONKERS GAS-LIGHT COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

LEWIS DENNIS, *Respondent, v.* BENSON DENNY, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

JOHN McDERMOTT, *Respondent, v.* SARAH N. BULL, *Appellant.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

CHARLES C. MOORE, *Respondent, v.* WILLIAM L. ALLISON, *Appellant.* — Judgment reversed and new trial granted. Order of reference vacated. Opinion by GILBERT, J.